

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00019-CV

| | | |
|---|---|---|
| MITCHELL "PAT" MURPHY D/B/A PAT MURPHY CONSTRUCTION & MURPHY COMMERCIAL/RESIDENTIAL, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-331927-22) |
| V. | § | April 18, 2024 |
| LARRY HARRIS AND PHYLLIS HARRIS, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the interlocutory appeal should be dismissed. It is ordered that the interlocutory appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell